Peter E. Perkowski (SBN 199491)
peter@perkowskilegal.com
PERKOWSKI LEGAL, PC
445 S. Figueroa Street
Suite 3100
Los Angeles, California 90071
Telephone: (213) 426-2137

Attorneys for Plaintiff
MICHAEL GRECCO PRODUCTIONS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GRECCO PRODUCTIONS, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> ANN DANDRIDGE d/b/a ANN DANDRIDGE PUBLIC RELATIONS, <br><br> *Defendant*. | Case No.: 2:19-cv-4343 AB (JCx) <br><br> **VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Under Rule 4l(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Michael Grecco Productions, Inc. voluntarily dismisses without prejudice the entire action as to all claims asserted against all parties.

Dated:  February 5, 2020        Respectfully submitted,

**PERKOWSKI LEGAL, PC**

By:   /s/ Peter Perkowski
      Peter E. Perkowski

      Attorneys for Plaintiff
      MICHAEL GRECCO PRODUCTIONS, INC.